IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No.: 7:21-cv-00047-M

JOSEPH MCALEAR, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

NCINO, INC. and LIVE OAK BANCSHARES, INC.,

*Defendants*.

**ORDER**

Before the Court is the Joint Motion to Stay Deadlines Applicable to Defendant Live Oak Bancshares, Inc. ("Live Oak") Pending Court's Consideration of Proposed Settlement [D.E. 45]. For good cause shown in the joint motion, the Court finds that it should be and is hereby **GRANTED**.

Accordingly, it is hereby **ORDERED** that all deadlines applicable to defendant Live Oak (other than any deadline with respect to the Court's consideration of the proposed settlement, whether arising under Rule 23 of the Federal Rules of Civil Procedure, by an order of this Court, or otherwise) are hereby stayed and held in abeyance until further order of this Court. Should the Motion for Preliminary Approval of Class Action Settlements with Defendant Live Oak [D.E. 37] be denied, counsel for plaintiff and defendant Live Oak shall file a joint status report within 14 days of the court's ruling regarding the parties positions concerning further scheduling.

This the 18th day of October, 2021.

_____
BRIAN S. MEYERS
United States Magistrate Judge