# EXHIBIT B

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on   02/24/2022 09:29:16 AM                    From            Inception
                                                              To              Present

**Matter Number: 4138-0001**   MCALEAR V. LIVE OAK BANK & NCINO - General Matter

### PARTNER

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| DEAN HARVEY | 10.80 | 725.00 | 7,830.00 |
| ANNE SHAVER | 148.60 | 665.00 | 98,819.00 |
|  | **159.40** |  | **106,649.00** |

### PARALEGAL/CLERK

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| RICHARD TEXIER | 3.90 | 405.00 | 1,579.50 |
| BRIAN TROXEL | 6.90 | 405.00 | 2,794.50 |
| KATRINA UY | 6.10 | 385.00 | 2,348.50 |
|  | **16.90** |  | **6,722.50** |

### LITIGATION SUPPORT / RESEARCH

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| DIVYA SUNDAR | 6.50 | 420.00 | 2,730.00 |
|  | **6.50** |  | **2,730.00** |

|  | MATTER TOTALS | 182.80 |  | 116,101.50 |
|---|---|---|---|---|