UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:21-cv-47-M

| | |
|---|---|
| JOSEPH McALEAR, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>  v.<br><br>nCINO, INC. and LIVE OAK BANCSHARES, INC.,<br><br>    *Defendants.* | **PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENTS**<br><br>Fed. R. Civ. P. 23(e) |

## TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** Plaintiff Joseph McAlear hereby moves the Court, pursuant to Federal Rule of Civil Procedure 23, for an order as follows:

1. Granting final approval to Plaintiff's proposed settlements with Defendant Live Oak Bancshares, Inc. and Defendant-Intervenor Apiture, Inc.;

2. Certifying the proposed Settlement Class under Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure;

3. Approving the proposed Plan of Allocation; and

4. Entering a Final Approval Order and Judgment.

This motion is based on the accompanying memorandum of points and authorities; the Supplemental Declaration of Aisha Lange; the pleadings and other documents on file in this case; and any argument that may be presented to the Court. Defendant Live Oak Bancshares, Inc. and Defendant-Intervenor Apiture, Inc. do not oppose this motion.

Dated: March 28, 2022  Respectfully submitted,

 */s/Anne B. Shaver*

Anne B. Shaver
CA Bar No. 255928/CO Bar No. 39933
Dean M. Harvey
CA Bar No. 250298
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ashaver@lchb.com
dharvey@lchb.com
Local Rule 83.1(e) special appearance counsel

*/s/Daniel Lyon*
Robert M. Elliot
N.C. State Bar No. 7709
Daniel Lyon
N.C. State Bar No. 43828
ELLIOT MORGAN PARSONAGE, PLLC
426 Old Salem Rd.
Brickenstein-Leinbach House
Winston-Salem, NC 27101
Telephone: (336) 724-2828
Facsimile: (336) 724-3335
rmelliot@emplawfirm.com
dlyon@emplawfirm.com
Local Civil Rule 83.1(d) Counsel for Plaintiff

*Counsel for Individual and Representative Plaintiff Joseph McAlear*