IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA, SOUTHERN DIVISION
No. 7:21-cv-47-M

JOSEPH MCALEAR, PLAINTIFF )
)
)
)
v. ) **NOTICE OF SPECIAL APPEARANCE**
)
NCINO, INC. AND LIVE OAK )
BANCSHARES, INC., DEFENDANTS. )
)

Please take notice that the undersigned Jonathan Pomeranz hereby enters a notice of special appearance as counsel for United States in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Toby Lathan.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

/s/ Jonathan Pomeranz
Jonathan Pomeranz
U.S. Department of Justice, Antitrust Division
450 Fifth Street NW
Washington, DC 20530
Tel: (202) 316-2179
Email: jonathan.pomeranz@usdoj.gov
Illinois Bar No. 6333199

/s/ Toby Lathan
Toby Lathan
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4274
Fax: (919) 609-6177
Email: toby.lathan@usdoj.gov
NC Bar No. 35398
Local Civil Rule 83.1(d) Counsel for United States