IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-cv-47-M

| | |
|---|---|
| JOSEPH McALEAR, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>nCINO, INC.,<br><br>    Defendant. | MOTION TO WITHDRAW<br>AS COUNSEL<br>Local Civil Rule 5.2(e) |

Pursuant to Local Civil Rule 5.2(e), Attorney Marissa Alter-Nelson respectfully moves the Court for an Order granting her leave to withdraw her appearance as counsel of record on behalf of Defendant nCino, Inc. ("nCino") in the above-captioned matter. The grounds for this request are as follows:

1. Plaintiff filed this action on or about March 12, 2021.

2. On or about June 21, 2021, Marissa Alter-Nelson of Sidley Austin LLP entered her Notice of Special Appearance as counsel for nCino.

3. As of September 12, 2022, Ms. Alter-Nelson will no longer be with the firm of Sidley Austin LLP.

4. Therefore, Ms. Alter-Nelson respectfully requests that she be permitted to withdraw her appearance as counsel.

5. Good cause exists for granting the motion.

1

6. Benjamin R. Nagin, Jeffrey T. Green, and Tacy F. Flint of Sidley Austin LLP, Dane H. Butswinkas, David M. Zinn, and Jonathan B. Pitt of Williams & Connolly LLP, and Matthew W. Sawchak and Stephen D. Feldman of Robinson Bradshaw Hinson, P.A. will remain counsel of record. No parties will be prejudiced and the withdrawal will not cause any delay in the proceedings.

7. In compliance with Local Civil Rule 5.2(e):

    a. The last known mailing address of nCino is: 6770 Parker Farm Drive, Wilmington, NC, 28405.

    b. The procedural posture of the case is as follows: the Court entered a scheduling order on June 9, 2022, and the parties are engaged in discovery pursuant to that order.

    c. nCino consents to this withdrawal.

WHEREFORE, Attorney Marissa Alter-Nelson respectfully requests that this Court enter an Order granting her Motion to Withdraw as Counsel of Record.

Respectfully submitted this 9th day of September, 2022.

/s/Marissa Alter-Nelson
Marissa Alter-Nelson
N.Y. Bar No. 4617254
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
(212) 839-5599 (fax)
malternelson@sidley.com

*Counsel for nCino, Inc.*