UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:21-cv-47-M

| | |
|---|---|
| JOSEPH McALEAR, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>nCINO, INC.<br><br>*Defendant*. | **PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**<br><br>Fed. R. Civ. P. 23(e) |

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff Joseph McAlear hereby moves the Court, pursuant to Federal Rule of Civil Procedure 23, for an order as follows:

1. Finding that it will likely approve the Settlement with defendant nCino, Inc.;

2. Finding it will likely certify the Settlement Class upon final approval;

3. Approving the proposed plan of notice and directing notice to the Settlement Class;

4. Appointing Plaintiff's counsel as counsel for the Settlement Class;

5. Appointing JND Legal Administration as the Settlement Administrator;

6. Setting a schedule for disseminating notice to Settlement Class members, as well as deadlines to comment on, object to, or opt out of the Settlement Class; and

5. Scheduling a final fairness hearing.

This motion is based on the accompanying memorandum of points and authorities; the Declaration of Daniel Lyon; all exhibits to such documents; the pleadings and other documents on file in this case; and any argument that may be presented to the Court.

Dated: August 28, 2023

Respectfully submitted,

*/s/Daniel Lyon*
Robert M. Elliot, N.C. State Bar No. 7709
Daniel Lyon, N.C. State Bar No. 43828
ELLIOT MORGAN PARSONAGE, PLLC
426 Old Salem Rd.
Brickenstein-Leinbach House
Winston-Salem, NC 27101
Telephone: (336) 724-2828
Facsimile: (336) 724-3335
rmelliot@emplawfirm.com
dlyon@emplawfirm.com

*Local Civil Rule 83.1(d) Counsel for Plaintiff*

*/s/ Dean M. Harvey*
Dean M. Harvey, CA Bar No. 250298
Anne B. Shaver, CA Bar No. 255928/CO Bar No. 39933
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
dharvey@lchb.com
ashaver@lchb.com
Local Rule 83.1(e) special appearance counsel

*Counsel for Individual and Representative Plaintiff Joseph McAlear*