UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH McALEAR, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>nCINO, INC.,<br><br>*Defendant.* | Case No. 7:21-cv-47M<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Fed. R. Civ. P. 23(e) |

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff Joseph McAlear hereby moves the Court, pursuant to Federal Rule of Civil Procedure 23, for an order as follows:

1. Granting final approval to Plaintiff's proposed Settlement with Defendant nCino, Inc.;

2. Certifying the proposed Settlement Class under Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure and appointing Elliot Morgan Parsonage, P.A. and Lieff Cabraser Heimann & Bernstein, LLP as Settlement Class Counsel;

3. Approving the proposed Plan of Allocation; and

4. Entering a Final Approval Order and Judgment.

This motion is based on the accompanying memorandum of points and authorities; the Declaration of Shandarese Garr; the pleadings and other documents on file in this case; and any argument that may be presented to the Court. Defendant nCino, Inc. does not oppose this motion.

Dated: December 20, 2023    Respectfully submitted,

*/s/ Daniel C. Lyon*
Robert M. Elliot
N.C. State Bar No. 7709
Daniel C. Lyon
N.C. State Bar No. 43828
ELLIOT MORGAN PARSONAGE, PLLC
426 Old Salem Rd.
Brickenstein-Leinbach House
Winston-Salem, NC 27101
Telephone: (336) 724-2828
Facsimile: (336) 724-3335
rmelliot@emplawfirm.com
dlyon@emplawfirm.com
Local Civil Rule 83.1(d) Counsel for Plaintiff

*/s/ Dean M. Harvey*
Dean M. Harvey
CA Bar No. 250298
Anne B. Shaver
CA Bar No. 255928/CO Bar No. 39933
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ashaver@lchb.com
dharvey@lchb.com

Jessica A. Moldovan
NY Bar No. 5615943
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
jmoldovan@lchb.com
Local Rule 83.1(e) special appearance counsel

*Counsel for Individual and Representative Plaintiff Joseph McAlear*